**Reinstated; Motion Granted; Dismissed and Memorandum Opinion filed January 15, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00415-CV

### TEXAS CYPRESS CREEK HOSPITAL, L.P. D/B/A CYPRESS CREEK HOSPITAL, Appellant

### V.

### MYRA ANDERSON, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2011-49080**

## M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a default judgment signed October 28, 2011. On July 31, 2012, this court granted appellant's motion to abate this appeal pending resolution of a related case styled *Texas Cypress Creek Hospital, L.P. d/b/a Texas Cypress Creek Hospital v. Myra Anderson, et al.,* pending in the 125th District Court of Harris County, Texas under cause number 2012-26254.

On January 4, 2013, the parties filed a joint motion to dismiss this appeal because the related case has been resolved, rendering this appeal moot. *See* Tex. R. App. P. 42.1. We reinstate the appeal and grant the parties' joint motion.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.